# EXHIBIT A

# STATE OF TENNESSEE
## MAURY COUNTY

### CIRCUIT COURT AT COLUMBIA, TENN.

*If you have a disability & require assistance, please Call 931-375-1100*

Deborah Bates
_____

**Plaintiff**

**VERSUS**

Vulcan Materials Company
_____

**Defendant**

Number **16831**

**CIRCUIT COURT SUMMONS**

Through: certified mail

TO Registered agent Vulcan Materials Company   TO: CT Corporation, 300 Montvue Rd, Knoxville, TN 37919

Defendant in the above entitled civil action:

You are hereby summoned, and required to serve upon **The Law Office of Donald Zuccarello**
plaintiff's attorney whose address is **5409 Maryland Way, Ste 245, Brentwood, TN 37027**
an answer to the **Complaint**
which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney.

In case of your failure to defend this action by above date, judgement by default can be rendered against you for the relief demanded in the complaint.

Attested to on date issued _____   **SANDY MCLAIN**
Circuit Court Clerk

Issued: **8/12/2020**   By: **C. Coggin**
D.C.

### NOTICE

**TO THE DEFENDANT (S):**

Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgement. If a judgement should be against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgement becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

**ATTORNEY FOR PLAINTIFF** _____

**ADDRESS** _____

**OR**
**PLAINTIFF'S ADDRESS** _____

**TO THE SHERIFF:**
Please execute this summons and make your return hereon as provided by law.

**SANDY MCLAIN**
Circuit Court Clerk

Received this summons for service this _____ day of _____

CIR-02

**SHERIFF**

## RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that on the_____ day of_____, I

☐ served this summons and complaint/petition on_____
_____in the following manner:
_____

☐ failed to serve this summons within 30 days after its issuance because:_____
_____

_____
Sheriff/Process Server

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the_____ day of_____ I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in Case No._____ to the defendant, _____. On the_____ day of_____ I received the return receipt for said registered or certified mail, which had been signed by_____ on the _____ day of_____.
Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS_____
DAY OF_____.
_____
_____NOTARY PUBLIC or _____DEPUTY CLERK

MY COMMISSION EXPIRES:_____

_____
PLAINTIFF, PLAINTIFF'S ATTORNEY
OR OTHER PERSON AUTHORIZED BY
STATUTE TO SERVE PROCESS.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

STATE OF TENNESSEE
COUNTY OF MAURY

(To be completed only if copy certification required).

I, Sandy McLain, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

SANDY MCLAIN, CLERK

By:_____D.C.

IN THE CIRCUIT COURT FOR MAURY COUNTY, TENNESSEE
AT COLUMBIA

| | |
|---|---|
| DEBORAH BATES, | ) |
| Plaintiff, | ) |
| VS. | ) CASE NO. 1683 |
| | ) JURY DEMANDED (6) |
| VULCAN MATERIALS COMPANY, | ) |
| Defendant. | ) |

## COMPLAINT

COME NOW the Plaintiff, Deborah Bates, by and through counsel, and would show unto this Honorable Court a cause of action as follows:

1. The Plaintiff, Deborah Bates, is a citizen and resident of Maury County, Tennessee in the city of Columbia.

2. The Defendant, Vulcan Materials Company (hereinafter referred to as "Defendant"), is believed to be a foreign corporation with its principal place of business in Vestavia, Alabama.

3. The accident which is the substance of this complaint occurred in Maury County, Tennessee and this Court has jurisdiction and venue is proper.

4. On or about August 15, 2019, the Plaintiff, Deborah Bates, drove a dump truck for her employer on to the property of the Defendant located at its Columbia location to pick up a load of material of pug mix. The load was to be delivered by the Defendant into the bed of the dump truck operated by the Plaintiff through an overhead bin and chute where the material was to be dropped. At said date and time, the Plaintiff pulled the dump truck she was operating on to a loading area under the overhead bin and chute and then was required to pull a cable with a strap

on it to open the chute so the pug mix material would drop into the bed of the dump truck. When the Plaintiff was attempting to pull the cable to open the chute, the cable snapped and the Plaintiff fell from her dump truck on to the ground and sustained personal injuries.

5. At said date and time, the Defendant was liable and responsible for the acts and omission of its employees while in the course and scope of their employment with the respective Defendant pursuant to the principle of *respondeat superior*.

6. At said date and time, Defendant and its employees, agents and representatives were negligent in that: (a) they did not properly and timely inspect the cable to confirm that it was in safe and reasonable condition; (b) they knew or should have known that the cable was in poor condition and was a hazard to dump truck operators pulling it; (c) they did not provide proper instructions or have signs near the overhead bin and chute notifying drivers to stay in their vehicles while loading; (d) they did not provide notice to drivers that the pulling cable was hazardous and dangerous; (e) they were not trained on how to properly inspect the cable to insure that it was safe and in reasonable working condition ; (f) they did not warn drivers of the potential hazardous and dangerous condition of the cable; (g) they improperly secured the cable to open the chute to a "D" shape metal ring which was improper and potentially hazardous;(h) they improperly had the dump truck drivers manually pull a cable to open a chute to drop material into the bed of the truck instead of having a safer, mechanical option; and (i) they failed to exercise due and reasonable care.

7. The negligent acts and omissions of the Defendant as set forth herein were the proximate cause of Plaintiffs' injuries and damages.

8. As a result of the Defendant's negligence, Plaintiff Deborah Bates has incurred and continues to incur medical expenses, pain and suffering, loss of enjoyment of life, emotional

distress, future medical expenses, lost wages, loss of earning capacity, and permanent damages for all of which she deserves to be compensated.

    **WHEREFORE** the Plaintiffs pray for:

a.    process to issue and be served upon Defendant, requiring Defendant to answer the allegations herein;

b.    a jury of six to determine all triable issues;

c.    a reasonable award of damages in favor of the Plaintiff, Deborah Bates, against the Defendant for an amount not to exceed $200,000.00;

d.    all court costs and discretionary costs to be taxed to Defendant; and

e.    general relief.

    Respectfully submitted,

    LAW OFFICE OF DONALD D. ZUCCARELLO

    Donald D. Zuccarello, BPR No. 15092
    5409 Maryland Way, Suite 215
    Brentwood, Tennessee 37027
    (615) 259-8100
    (615) 259-8108 Facsimile
    *Attorney for Plaintiff*
    Email: dzuccarello@ddzlaw.com

I, Donald D. Zuccarello, am surety for costs.

_____
Donald D. Zuccarello

# STATE OF TENNESSEE
## MAURY COUNTY

### CIRCUIT COURT AT COLUMBIA, TENN.

If you have a disability & require assistance, please Call 931-375-1160

FILED SEP -8 AM 11:22 SANDY McLAIN CIRCUIT CLERK MAURY COUNTY, TN

Plaintiff: Deborah Bates

VERSUS

Defendant: Vulcan Materials Company

Number 16831

CIRCUIT COURT SUMMONS

Through: certified mail

TO Registered agent Vulcan Materials Company    TO: CT corporation, 300 Montvue Rd, Knoxville, TN 37919
Defendant in the above entitled civil action:

You are hereby summoned, and required to serve upon The Law Office of Donald Zuccarello plaintiff's attorney whose address is 5409 Maryland Way, Ste 245, Brentwood, TN 37027 an answer to the Complaint which is herewith served upon you within thirty (30) days after service of this summons upon you, exclusive of the day of service. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney.

In case of your failure to defend this action by above date, judgement by default can be rendered against you for the relief demanded in the complaint.

Attested to on date issued       SANDY MCLAIN
                                 Circuit Court Clerk

Issued: 8/12/2020       By: C. Cooper
                                                                    D.C.

### NOTICE

**TO THE DEFENDANT (S):**

Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgement. If a judgement should be against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgement becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

ATTORNEY FOR PLAINTIFF _____

ADDRESS _____
OR
PLAINTIFF'S ADDRESS _____

TO THE SHERIFF:
Please execute this summons and make your return hereon as provided by law.

SANDY MCLAIN
Circuit Court Clerk

Received this summons for service this _____ day of _____.

CIR-02                                              SHERIFF

Case 1:20-cv-00061   Document 1-1   Filed 09/25/20   Page 8 of 9 PageID #: 13

# RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that on the _____ day of _____, I

☐ served this summons and complaint/petition on _____
_____ in the following manner:
_____

☐ failed to serve this summons within 30 days after its issuance because: _____
_____

_____
Sheriff/Process Server

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the **12th** day of **August 2020** I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in Case No. **16831** to the defendant, **Vulcan Materials Company**. On the **31st** day of **August 2020** I received the return receipt for said registered or certified mail, which had been signed by **Samantha Sutt** on the **26th** day of **August 2020**. Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS **1st**,
DAY OF **September, 2020**

_____ PLAINTIFF, PLAINTIFF'S ATTORNEY OR OTHER PERSON AUTHORIZED BY STATUTE TO SERVE PROCESS.

X _____ NOTARY PUBLIC or _____ DEPUTY CLERK

MY COMMISSION EXPIRES: **7-3-2023**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Registered agent for Vulcan Materials
   CT corporation
   300 Montvue Rd, ~~Knoxville~~
   Knoxville, TN 37919

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Samantha Sutt_  ☐ Agent ☐ Addressee

B. Received by (Printed Name): AUG 26 2020
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☑ Yes

2. Article Number (Transfer from service label): **7012 1640 0001 4224 1982**

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

STATE OF TENNESSEE
COUNTY OF MAURY

(To be completed only if copy certification required).

I, Sandy McLain, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

SANDY MCLAIN, CLERK

By: _____ D.C.