# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| DEBORAH BATES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-00061 |
| | ) Judge Campbell |
| VULCAN MATERIALS COMPANY, | ) Magistrate Judge Holmes |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, come now the Plaintiff, DEBORAH BATES, by and through her undersigned counsel, and the Defendant Vulcan Materials Company, by and through its undersigned counsel and stipulate that the above-captioned action be and is dismissed with prejudice. The Court costs in this cause are taxed to the Defendant, for which execution shall issue if necessary. Each party shall be responsible for its own discretionary costs and attorneys' fees.

STIPULATED AND AGREED by and between the parties that the above cause be dismissed, with prejudice.

| | |
|---|---|
| s/Donald D. Zuccarello (w/permission) | s/Clarence Risin |
| Donald D. Zuccarello (BPR No. 15092) | Clarence Risin (BPR No. 16874) |
| LAW OFFICE OF DONALD D. ZUCCARELLO | BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ |
| 5409 Maryland Way, Suite 215 | 1600 West End Avenue, Suite 2000 |
| Brentwood, Tennessee 37027 | Nashville, Tennessee 37203 |
| (615) 259-8100 (T) | (615) 726-7319 (T) |
| (615) 259-8108 (F) | (615) 744-7319 (F) |
| dzuccarello@ddzlaw.com | crisin@bakerdonelson.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 26, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF filing system and/or electronic mail to the following counsel of record:

Donald D. Zuccarello, Esq.
Law Office of Donald D. Zuccarello
5409 Maryland Way, Suite 215
Brentwood, Tennessee 37027
Tel: (615) 259-8100
Fax: (615) 259-8108
dzuccarello@ddzlaw.com

*Attorney for Plaintiff*

                                                s/Clarence Risin
                                                Clarence Risin