# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| DEBORAH BATES, | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:20-cv-00061 |
| VULCAN MATERIALS COMPANY, | ) JUDGE CAMPBELL |
| | ) MAGISTRATE JUDGE HOLMES |
| Defendant. | ) |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 20), indicating that all matters in dispute have been resolved. Accordingly, this case is **DISMISSED,** with prejudice. The trial scheduled for October 25, 2022, and the pretrial conference scheduled for October 13, 2022, are cancelled. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE